

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE                                                         No. 08-20-00058-CR

§

CHRIS SANCHEZ,                                    AN ORIGINAL PROCEEDING

§

Relator.                                IN MANDAMUS

§

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the 41st District Court of El Paso County, and concludes that Relator's petition for writ of mandamus should be denied.   We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 20TH DAY OF MARCH, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.